1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHEUK LUN FUNG | Case No. 4:21-cv-05494-KAW |
|---|---|
| Plaintiff, | **ORDER TO EXTEND RESPONSE DATE, DEADLINE FOR JOINT INSPECTION, AND ALL OTHER DATES UNDER GENERAL ORDER 56** |
| v. | |
| LOWE'S HOME CENTERS, LLC | |
| Defendant. | Complaint Filed: July 16, 2021 |
| | Complaint Served: July 20, 2021 |
| | Current Response Date: November 9, 2021 |
| | New Response Date: December 9, 2021 |

Having read the joint stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. Defendant's deadline to respond to the Complaint is extended to December 9, 2021. The deadline to conduct a joint inspection per General Order 56 is extended to December 17, 2021. All other dates and deadlines under General Order 56 shall be triggered by the date of the joint inspection and calculated accordingly.

IT IS SO ORDERED.

Dated:  November 9, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge