PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
CHEUK LUN FUNG

**SEYFARTH SHAW LLP**
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:   (916) 448-0159
Facsimile:    (916) 558-4839

**SEYFARTH SHAW LLP**
Ashley N. Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

Attorneys for Defendant
LOWE'S HOME CENTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEUK LUN FUNG<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC<br><br>    Defendant. | CASE NO. 4:21-cv-05494-KAW<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  July 16, 2021 |

**<u>STIPULATION</u>**

Plaintiff CHEUK LUN FUNG and Defendant LOWE'S HOME CENTERS, LLC

- 1 -

1  hereby stipulate and request, pursuant to FRCP Rule 41(a), that the Court order that all of

2  Plaintiff's claims in this action against Defendant be dismissed with prejudice.

3  **IT IS SO STIPULATED.**

4  Dated:  February 18, 2022                REIN & CLEFTON

5

6                                     ____*/s/ Aaron M. Clefton*
                                      By:  AARON M. CLEFTON, ESQ.
7                                     Attorneys for Plaintiff
                                      CHEUK LUN FUNG
8

9  Dated:  February 18, 2022                **SEYFARTH SHAW LLP**
10

11                                    ____*/s/ Ashley Arnett*
                                      By:  ASHLEY ARNETT, ESQ.
12                                    Attorneys for Defendant
                                      LOWE'S HOME CENTERS, LLC
13

14

15                          **FILER'S ATTESTATION**

16      Pursuant to Local Rule 5-1, I hereby attest that on February 18, 2022, I, Aaron Clefton,

17  attorney with Rein & Clefton, received the concurrence of defense counsel Ashley Arnett in the

18  filing of this document.

                                      */s/ Aaron Clefton*
19                                    Aaron Clefton

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2022

_____
Honorable Kandis A. Westmore
U.S. Magistrate Judge