PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:      510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
CHEUK LUN FUNG

**SEYFARTH SHAW LLP**
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

**SEYFARTH SHAW LLP**
Ashley N. Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:     (213) 270-9600
Facsimile:      (213) 270-9601

Attorneys for Defendant
LOWE'S HOME CENTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEUK LUN FUNG<br><br>       Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC<br><br>       Defendant. | CASE NO. 4:21-cv-05494-KAW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  July 16, 2021 |

**STIPULATION**

Plaintiff CHEUK LUN FUNG and Defendant LOWE'S HOME CENTERS, LLC

hereby stipulate and request, pursuant to FRCP Rule 41(a), that the Court order that all of Plaintiff's claims in this action against Defendant be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: February 18, 2022                    REIN & CLEFTON

                                            */s/ Aaron M. Clefton*
                                            By:  AARON M. CLEFTON, ESQ.
                                            Attorneys for Plaintiff
                                            CHEUK LUN FUNG

Dated: February 18, 2022                    **SEYFARTH SHAW LLP**

                                            */s/ Ashley Arnett*
                                            By:  ASHLEY ARNETT, ESQ.
                                            Attorneys for Defendant
                                            LOWE'S HOME CENTERS, LLC

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on February 18, 2022, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of defense counsel Ashley Arnett in the filing of this document.

                                            */s/ Aaron Clefton*
                                            Aaron Clefton

1
## ORDER

2   Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3
4   Dated: February 22, 2022

*[signature: Kandis Westmore]*

Honorable Kandis A. Westmore
5   U.S. Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28